THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* PASQUALE MILONE, Appellant.

*People* v. *Milone*, 173.App. Div. 937, affirmed.
(Argued June 14, 1917; decided July 11, 1917.)

APPEAL from a judgment of Appellate Division of the Supreme Court in the first judicial department, entered April 28, 1916, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of kidnapping.

*Wayne M. Musgrave* for appellant.

*Edward Swann, District Attorney* (*Robert S. Johnstone* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.